# EXHIBIT B

# Maryland Judiciary Case Search

**NOTICE: Available**

## Case Detail

### Case Information

Court System: **Circuit Court For Baltimore City - Civil**
Location: **Baltimore City Circuit Court**
Case Number: **C-24-CV-25-000865**
Title: **Brian Siatkowski vs. The Johns Hopkins University**
Case Type: **Wrongful Termination**
Filing Date: **01/27/2025**
Case Status: **Open**

### Involved Parties Information

#### Plaintiff

Name: **Siatkowski, Brian**

Address: **2240 Trotter Ridge Court**
City: **York**   State: **PA**   Zip Code: **17408**

#### Attorney(s) for the Plaintiff

Name: **GREENBERG, GREGG COHEN**
Appearance Date: **01/27/2025**
Address Line 1: **ZiIPIN AMSTER & GREENBERG LLC**
Address Line 2: **8757 GEORGIA AVENUE**
Address Line 3: **SUITE 400**
City: **SILVER SPRING**   State: **MD**   Zip Code: **20910**

#### Defendant

Name: **The Johns Hopkins University**

Address: **Serve On: Arthur P. Pineau, Esq**
**113 Garland Hall**
City: **Baltimore**   State: **MD**   Zip Code: **21218**

# Document Information

| | |
|---|---|
| File Date: | **01/27/2025** |
| Document Name: | **Complaint / Petition** |
| Comment: | **Complaint and Demand for Trial by Jury** |

| | |
|---|---|
| File Date: | **01/27/2025** |
| Document Name: | **Case Information Report Filed** |
| Comment: | **Civil Cover Sheet** |

| | |
|---|---|
| File Date: | **01/27/2025** |
| Document Name: | **Request to Issue** |
| Comment: | **Line Requesting Issuance of Initial Summon** |

| | |
|---|---|
| File Date: | **01/30/2025** |
| Document Name: | **Summons Issued (Service Event) - New Case** |
| Comment: | |

| | |
|---|---|
| File Date: | **01/30/2025** |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |
| Comment: | **Writ of Summons** |

# Service Information

| Service Type | Issued Date |
|---|---|
| **Summons Issued** | **01/30/2025** |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*

Copyright © 2025. Maryland Judiciary. All rights reserved.
Service Desk: (410) 260-1114